**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HALLSTEAD-GREAT BEND JOINT SEWER AUTHORITY,<br><br>    Plaintiff,<br><br>    v.<br><br>THE McELWEE GROUP, LLC,<br><br>    Defendant. | CIVIL ACTION NO. 3:CV-16-1467<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 20th day of July, 2016, **IT IS HEREBY ORDERED** that removing Defendant The McElwee Group, LLC, is given leave to file an amended notice of removal within **twenty-one (21) days** from the date of entry of this Order. If Defendant fails to do so, the action will be remanded to the Court of Common Pleas of Susquehanna County, Pennsylvania.

                                                    /s/ A. Richard Caputo
                                                    A. Richard Caputo
                                                    United States District Judge